# UNITED STATES DISTRICT COURT

for the

MIDDLE District of TENNESSEE

NASHVILLE Division

RECEIVED

SEP 25 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

DEVIN PHILLIPS
CODY WIGGINS
ROBERT GORDON, ET AL

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CHAD YOUKER, ET AL

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __________

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROBERT GORDON

All other names by which you have been known:

ID Number: 65920

Current Institution: WILLIAMSON CO JAIL

Address: 408 CENTURY CT

FRANKLIN (City) TN (State) 37064 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: CHAD YOUKER

Job or Title *(if known)*:

Shield Number:

Employer: WILLIAMSON CO.

Address: 408 CENTURY CT

FRANKLIN (City) TN (State) 37064 (Zip Code)

[X] Individual capacity [X] Official capacity

Defendant No. 2

Name: ASHLEY LINDQUIST

Job or Title *(if known)*:

Shield Number:

Employer: WILLIAMSON CO.

Address: 408 CENTURY CT

FRANKLIN (City) TN (State) 37064 (Zip Code)

[X] Individual capacity [X] Official capacity

Defendant No. 3

Name: JEFF HUGHES & LISA CARSON

Job or Title *(if known)*:

Shield Number:

Employer: WILLIAMSON Co

Address: 408 CENTURY CT

FRANKLIN (*City*) TN (*State*) 37064 (*Zip Code*)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: DEPUTY DEAN, DEPUTY JAMES, DEPUTY LOTT, DEP. TRIPLETT DEPUTY CAMPBELL, DEPUTY FINNEY, DEPUTY FEHRING TERRI PAYNE, JASPER DRISKILL, SETH OBERMEYER JENNIFER DUNGAN, [redacted], EMMERSON MARRATT

Job or Title *(if known)*:

Shield Number:

Employer: WILLIAMSON Co

Address: 408 CENTURY CT

FRANKLIN (*City*) TN (*State*) 37064 (*Zip Code*)

☒ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

- RIGHT TO VOTE - TENN CONST SEC 1 ART 4, US CONSTITUTION 15TH AMENDMENT & 14TH AMENDMENT & 26TH AMENDMENT
- FIRST AMENDMENT RETALIATION, TENN CONST ART 4 SEC 1, TCA 2-1-101 - 2-20-109
- 52 USC 10308, TCA 2-1-102 52 USC 10101 - 10702
- 52 USC 10307, 52 USC 10301, 52 USC 10302, 10303, 10304, 10306

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

- ART 4 SEC 1 TENN. CONST.
- TCA 2-1-102
- HELP AMERICA VOTE ACT

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

OVER THE COURSE OF 3 YEARS EACH DEFENDANT ACTIVELY TOOK PART IN DENYING MY ACCESS TO VOTE IN ANY ELECTION. NONE OF THE PLAINTIFF ARE FELONS. CHAD YOUKER HAS PERSONALLY BLOCKED OUR ACCESS TO VOTE USING INTIMIDATION, THREATS, COERCION TO CONSPIRE WITH TERRI PAYNE, ET AL TO DEPRIVE ABILITY TO VOTE. PLAINTIFF, MR WIGGINS IS A DISABLED MARINE VETERAN, MR GORDON IS A MINORITY CHOCTAW NATIVE AMERICAN AND DENIED RIGHT TO VOTE BASED ON RACE & PROTECTED MINORITY STATUS. EACH PLAINTIFF IS COLLEGE EDUCATED,

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

BETWEEN 9/1/23 & PRESENT DAY VOTING RIGHTS HAVE BEEN RESTRICTED IN WILLIAMSON CO JAIL FRANKLIN, TN. CHAD YOUKER HAS USED PHYSICAL & VERBAL THREATS, INTIMIDATION, AND COERCION TO DENY MEMBERS OF A PROTECTED CLASS THE RIGHT TO VOTE. YOUKER HAS CONSPIRED & COORDINATED RETALIATORY ATTACKS ON PLAINTIFFS TO INTERFERE WITH ABILITY TO VOTE. YOUKER DIRECTS HIS STAFF TO RETALIATE, PHYSICALLY ASSAULT, AND SEXUAL ABUSE PLAINTIFFS

PLAINTIFFS ARE ALL CHRISTIAN REPUBLICANS PRO-LIFE, PRO-RELIGION, PRO-GUNS PRO-CONSTITUTION, DEFENDANT CHAD YOUKER IS HOMOSEXUAL MALE WHOM IS ATHEIST DEMOCRAT & USES HIS JOB TO DEPRIVE CONSTITUTIONAL RIGHTS UNDER THE GUISE OF LAW ENFORCEMENT.



Case 3:26-cv-01371 Document 1 Filed 09/25/26 Page 4 of 13 PageID #: 4

C. What date and approximate time did the events giving rise to your claim(s) occur?

BEGAN ON 9/1/23 TO PRESENT DAY.. PLAINTIFF DEVIN PHILLIPS WAS SEXUALLY ASSAULTED BY DEFENDANT LINDQUIST ON OR ABOUT 9/11/26 TO PLACE HIM IN FEAR TO VOTE WITH THREATS, INTIMIDATION, AND COERCION.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CHAD YOUKER CONTINUES TO DENY ME THE RIGHT TO VOTE IN ANY ELECTION. YOUKER & HIS STAFF ARE WELL AWARE I AM NOT A FELON AND HAVE ZERO CRIMINAL CONVICTIONS. EACH PLAINTIFF IS A RESIDENT OF TENNESSEE & SPECIFICALLY WILLIAMSON COUNTY. SHERIFF JEFF HUGHES DENIED MY WRITTEN REQUEST TO VOTE. JASPER DRISKILL HAS BLOCKED CODY WIGGINS FROM FILING ANY GRIEVANCE OUT OF RETALIATION FOR REQUESTING TO VOTE. WHILE CHAD YOUKER USES COERCION, INTIMIDATION, AND THREATS TO RESTRICT VOTING RIGHTS. PLAINTIFFS GORDON, PHILLIPS, AND WIGGINS HAVE BEEN RETALIATED AGAINST AFTER FILING GRIEVANCES TO VOTE & PLACED IN SEGREGATION FOR PROTECTED CONDUCT

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- MY STATE & FEDERAL CONSTITUTIONAL & STATUTORY RIGHT TO VOTE IS DEPRIVED. I AM IN FEAR OF FURTHER RETALIATION, THREATS, CONSPIRACY, INTIMIDATION, AND COERCION. THE HARASSMENT BY CHAD YOUKER ET AL IS NEVER ENDING.
- CHAD YOUKER CONSPIRED WITH EACH DEFENDANT, SPECIFICALLY JENNIFER DUNGAN TO FABRICATE CRIMINAL CHARGES OUT OF RETALIATION AND DEPRIVE PLAINTIFFS RIGHT TO VOTE. THIS COERCION & INTIMIDATION PLACES ME IN FEAR OF MY LIFE THE INTENTIONAL INFLICTION OF MENTAL ANGUISH ~~[illegible]~~ CAUSES EMOTIONAL DISTRESS.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- DECLARATORY RELIEF - DEMANDED RIGHT TO VOTE IN ALL ELECTIONS
- APPOINT COUNSEL & AWARD ALL FEES & COST, COURT COST & FEES
- GRANT PERMISSION FOR TRO/PI TO VOTE IN NOVEMBER ELECTION
- AWARD DAMAGES IN THE AMOUNT TO DETER FURTHER CONDUCT BY DEFENDANTS UP TO ONE MILLION DOLLARS PER PLAINTIFF NO LESS THAN $1.00
- RESERVE THE RIGHT TO AMEND
- ENFORCE THE US & TENNESSEE CONSTITUTION
- FINE & IMPRISON CHAD YOUKER ACCORDING TO FEDERAL LAW 52 USC 10301-10308
- FOR ALL OTHER RELIEF DEEM PROPER
- CERTIFY AS CLASS ACTION

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

WILLIAMSON CO JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [x] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

DENIAL OF RIGHT TO VOTE

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

- GRIEVANCE DROP BOX
- VERBAL
- KIOSK

2. What did you claim in your grievance?

I WANTED TO VOTE. EACH PLAINTIFF MADE THIS REQUEST VIA GRIEVANCE DROP BOX PER JAIL POLICY. EACH TIME PLAINTIFF FILED A GRIEVANCE THEY WERE RETALIATED AGAINST FOR THE PROTECTED CONDUCT.

3. What was the result, if any?

MY RIGHT TO VOTE WAS DEPRIVED & MY GRIEVANCE WAS DENIED & THEN IGNORED ON SUBSEQUENT FOLLOW UPS WHILE BEING RETALIATED AGAINST FOR FILING A GRIEVANCE.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I EXHAUSTED ALL INTERNAL REMEDIES & ALL LEVEL OF APPEALS & EVEN WROTE THE SHERIFF DIRECTLY WITH MY REQUEST DENIED. BOTH JEFF HUGHES & CHIEF DEPUTY MOORE DENIED WRITTEN REQUEST. DEFENDANTS DRISKILL & LINDQUIST WAIT MONTHS TO REPLY TO GRIEVANCES & APPEALS AND RETALIATE EACH TIME A GRIEVANCE IS FILED.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

EACH PLAINTIFF HAS MADE MULTIPLE REQUEST TO VOTE OVER THE PERIOD OF 3 YEARS. ALL REQUEST TO VOTE IN ANY ELECTION HAVE BEEN DENIED.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

I PERSONALLY HAVE NOT. CODY WIGGINS REQUESTED TO VOTE IN DAVIDSON CNTY CASE # 26 C 2761 WIGGINS V YOUKER, ET AL

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________________

   Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________________

3. Docket or index number

   ______________________________

4. Name of Judge assigned to your case

   ______________________________

5. Approximate date of filing lawsuit

   ______________________________

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition ______________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/17/26

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: ROBERT GORDON

Prison Identification #: 65920

Prison Address: 408 CENTURY CT

FRANKLIN (City) TN (State) 37064 (Zip Code)

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

City ____ State ____ Zip Code ____

Telephone Number: ____________

E–mail Address: ____________

CERTIFICATION & CLOSING

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I HAVE PERSONALLY REVIEWED & SIGNED THIS DOCUMENT. I FURTHER DECLARE THAT, PURSUANT TO RULE 11 OF FRCP I BELIEVE I HAVE A VALID LEGAL CLAIM, I AM NOT FILING THIS DOCUMENT FOR AN IMPROPER PURPOSE (SUCH AS TO HARASS SOMEONE), AND MY CLAIMS ARE SUPPORTED BY EVIDENCE OR LIKELY WILL HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPORTUNITY FOR INVESTIGATION.

(1) [signature] ROBERT GORDON 8/20/26
#65920

(2) [signature] Devin Phillips 8-20-26
#8994

(3) [signature] / Cory HEATH WIGGINS 8/20/2026
#69253

(4) [signature] 8/20/26 MICHAEL VAN DOBBS
#15

EACH PLAINTIFF ADDRESS IS
408 CENTURY CT
FRANKLIN, TN 37064

Robert C Gordon
#65920
409 Century Ct
Franklin, TN 37064

RECEIVED
SEP 25 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

US District Court Clerk
719 Church St #1300
Nashville, TN 37203




LEGAL
MAIL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022